**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                        **CRIMINAL NO. 2:18-cr-00076**

**EXECUTIVE AIR TERMINAL, INC.**

**MOTION OF THE UNITED STATES TO
<u>SCHEDULE GUILTY PLEA HEARING</u>**

    Comes now the United States of America, by Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                    Respectfully submitted,

                                    MICHAEL B. STUART
                                    United States Attorney

                                  <u>s/Erik S. Goes</u>
                                  ERIK S. GOES
                                  Assistant United States Attorney
                                  WV State Bar No. 6893300 Virginia
                                  Street, East
                                  Room 4000
                                  Charleston, WV  25301
                                  Telephone:  304-345-2200
                                  Fax:  304-347-5104
                                  E-mail:  <u>erik.goes@usdoj.gov</u>

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 10th day of April, 2018, to:

        Mychal S. Schulz, Attorney
        Babst Calland Attorneys at Law
        300 Summers Street
        Suite 1000
        Charleston, West Virginia 25301

                                s/Erik S. Goes
                                ERIK S. GOES
                                Assistant United States Attorney
                                WV State Bar No. 6893300 Virginia Street, East
                                Room 4000
                                Charleston, WV  25301
                                Telephone:  304-345-2200
                                Fax:  304-347-5104
                                E-mail:  erik.goes@usdoj.gov