# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:18-cr-00076

EXECUTIVE AIR TERMINAL INC.

### ORDER

Pending before the court is the motion of the United States to schedule a guilty plea hearing in this matter. The motion is **GRANTED**, and the court **ORDERS** that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **April 26, 2018 at 11:00 a.m**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: April 11, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE